# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH H. LANGLOIS, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO.: CV 11-3472 RMW(HRL)<br><br>**ORDER SETTING FORTH CASE MANAGEMENT DEADLINES**<br><br>FAC Filed:  July 21, 2011 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

order re pretrial dates.doc

# ORDER

WHEREAS, counsel for the parties appeared for a Case Management Conference before the Honorable Ronald M. Whyte on the morning of September 30, 2011;

WHEREAS, Daniel Feinberg, Esq. of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. appeared on behalf of Plaintiff Joseph Langlois, and Robert K. Renner, Esq. of Barger & Wolen LLP appeared telephonically on behalf of Defendant Metropolitan Life Insurance Company;

WHEREAS, the Court sets forth the following schedule of pretrial and trial dates:

| | |
|---|---|
| Cross Motions on Standard of Review (Filed) | November 4, 2011 |
| Cross Motions on Standard of Review (Opposition) | November 18, 2011 |
| Cross Motions on Standard of Review (Reply) | December 2, 2011 |
| Cross Motions on Standard of Review (Hearing) | December 16, 2011 |
| Mediation Cut-Off | January 30, 2012 |
| Discovery Cut-Off | February 29, 2012 |
| Cross Motions for Judgment (Filed) | March 30, 2012 |
| Cross Motions for Judgment (Opposition) | April 13, 2012 |
| Cross Motions for Judgment (Reply) | April 27, 2012 |
| Cross Motions for Judgment (Hearing) | May 11, 2012 |
| Pretrial Conference (if necessary) | May 31, 2012 |
| Trial | June 20, 2012 |

**IT IS SO ORDERED**.

DATED: __3213814233____   _____*Ronald M. Whyte*_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-

1  Submitted by:

2  BARGER & WOLEN LLP

3

4  /s/ *Robert K. Renner*
ROBERT K. RENNER
Attorneys for Defendant

5

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-2-