Daniel Feinberg – CA State Bar No. 135983
Andrew Lah – CA State Bar No. 234580
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 – 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
alah@lewisfeinberg.com

*Attorneys for Plaintiff*

Robert Renner – CA State Bar No. 155283
James Hazlehurst – CA State Bar No. 257711
BARGER & WOLEN LLP
19800 MacArthur Blvd., Suite 800
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313
rrenner@bargerwolen.com
jhazlehurst@bargerwolen.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANGLOIS, JR,, | Case No. 11-cv-03472-RMW(HRL) |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION CUT-OFF** And Order |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |
| _____ | |

Pursuant to Local Rules 6.1, 6.2, and 7-12, Plaintiff Joseph Langlois, Jr. and Defendant Metropolitan Life Insurance Company ("MetLife") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on July 21, 2011 (ECF 5);

WHEREAS, the Court entered a scheduling order on October 17, 2011 (ECF 24), setting a Mediation Cut-off on January 30, 2012;

WHEREAS, the parties had agreed to attend private mediation with Rob Kaplan of Judicate West on January 27, 2012;

WHEREAS the parties have subsequently agreed to attend a global mediation concerning Plaintiff's employment and ERISA claims with Layn Phillips of Irell & Manella, LLP on March 9, 2012;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant MetLife that the mediation deadline shall be extended from January 31, 2012 to March 30, 2012. All other case deadlines set in the Court's October 17, 2011 scheduling order (ECF 24) will remain unchanged.

Dated: January 24, 2012                     Respectfully submitted,

                                                                         LEWIS, FEINBERG, LEE,
                                                                         RENAKER & JACKSON, P.C.

                                                     By:     /s/Andrew Lah
                                                            Andrew Lah
                                                           *Attorneys for Plaintiff*

Dated: January 24, 2012                     Respectfully submitted,

                                                                         BARGER & WOLEN LLP

                                                     By:     /s/Robert Renner
                                                            Robert Renner
                                                           *Attorneys for Defendant*

Pursuant to General Order 45, I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signature(s) on the document.

                                                                       /s/Andrew Lah
                                                                       Andrew Lah

1  **[PROPOSED] ORDER**

2  Pursuant to Stipulation of the Parties, IT IS SO ORDERED.

**Dated**:  _____  _____

Hon. Ronald Whyte
United States District Court
Northern District of California

STIPULATION TO EXTEND MEDIATION CUT-OFF [CASE NO. 11-CV-03472-RMW(HRL)]   Page 3