**E-FILED on** 5/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH H. LANGLOIS, JR., | No. 11-cv-03472 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On May 24, 2012, the court granted defendant's motion for judgment as a matter of law under Fed. R. Civ. P. 52. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED: May 24, 2012

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 11-cv-03472 RMW
EDM