**E-FILED on** 5/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH H. LANGLOIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 11-cv-03472 RMW <br><br> JUDGMENT |

On May 24, 2012, the court granted defendant's motion for judgment as a matter of law under Fed. R. Civ. P. 52. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:  May 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 11-cv-03472 RMW
EDM